IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3116 |
| | ) | |
| V. | ) | |
| | ) | |
| HUGO GALAVIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Eighth Circuit Court of Appeals has reversed the defendant's sentence and issued a mandate in this case. Accordingly,

IT IS ORDERED that counsel for the plaintiff and counsel for the defendant shall contact my judicial assistant, Kris Leininger, at 402-437-1640, to schedule the defendant's resentencing hearing.

DATED this 6th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge