IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3116 |
| | ) | |
| V. | ) | |
| | ) | |
| HUGO GALAVIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

With the agreement of counsel,

IT IS ORDERED that the defendant's resentencing is set on Wednesday, December 19, 2012, at 12:00 noon, before the undersigned, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant shall be present for the hearing.

DATED this 6th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge